No. 66251.—D. Hauser, Inc. *v.* United States, protest 61/254 (New York).

388

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of plastic teeth similar in all material respects to those the subject of Abstract 62180, the claim of the plaintiff was sustained.